**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOOPUR DESAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COTTON ON USA, INC.,<br><br>Defendant. | Case No. 4:26-cv-07710-HSG<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court, having considered the Parties' Stipulation to continue the Case Management Conference from Tuesday, October 27, 2026, up to and including Tuesday, December 8, 2026, (the "Stipulation"), and good cause appearing therefor, hereby orders as follows:

1. The Case Management Conference shall take place on Tuesday, December 8, 2026 at 2:00 p.m. PT.

2. The Parties shall file their Case Management Statement on or before December 1, 2026.

IT IS SO ORDERED.

Dated: 10/5/2026




Hon. H